# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| CHARITY RENEE CATLIN,<br><br>  Plaintiff,<br><br>vs.<br><br>PORN CALLING COMPANY,<br><br>  Respondent. | Case No.: 2:16-cv-00017-REB<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon Plaintiff's Notice of Dismissal (Docket No. 8), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE. The Clerk's Office is directed to close the case.

DATED: **April 7, 2016**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL - 1**